# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | BK Case No. 14-11111 (CSS) |
| LTC Holdings, Inc., et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| INSURANCE COMPANY OF THE | : | |
| STATE OF PENNSYLVANIA, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 19-327-MN |
| | : | Adv. No. 15-51889 (CSS) |
| ALFRED THOMAS GUILIANO, as | : | BAP No. 19-9 |
| Chapter 7 Trustee of the Consolidated | : | |
| Estates of LTC Holdings, Inc., et al. And | : | |
| BMO HARRIS BANK, N.A., | : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **17th** day of **June, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, teleconferences were held on April 2, 2019 and June 5, 2019, after receipt of the parties' joint statement regarding mediation in this Bankruptcy appeal for initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would

not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties further request that the following briefing schedule be entered for this appeal:

| | |
|---|---|
| Appellant's Opening Brief | August 9, 2019 |
| Appellee's Answering Brief | September 30, 2019 |
| Appellants' Reply Brief | October 30, 2019 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Because this Recommendation is consistent with the parties' requests, objections to this recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are not anticipated

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge