IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: LTC HOLDINGS, INC., et al., | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Case No. 14-11111 (CSS) |
| | ) | |
| | ) | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALFRED THOMAS GUILIANO, as Chapter 7 Trustee of the Consolidated Estates of LTC Holdings, Inc., et al. and BMO HARRIS BANK, N.A., | ) ) ) ) | C.A. No. 19-327 (MN) Adv. No. 15-51889 (CSS) BAP No. 19-9 |
| | ) | |
| Appellees. | ) | |

## **ORDER**

WHEREAS, on June 17, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 8) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 8 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 19th day of June 2019 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 8 at 2):

    Appellants' Opening Brief – August 9, 2019

    Appellee's Answering Brief – September 30, 2019

    Appellants' Reply Brief – October 30, 2019

                                     _____
                                     The Honorable Maryellen Noreika
                                     United States District Court